UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT BERTOLDO,                              )    Case No. EDCV 08-1202 GW(JC)
                          Petitioner,         )    JUDGMENT
                                              )
              v.                              )
                                              )
K. CLARK, Warden, et al.,                     )
                                              )
                          Respondents.        )
_____             )

     Pursuant to this Court's Order Adopting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and
this action is dismissed with prejudice.


     DATED: May 13, 2011


_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE